■ JOHN W. PIATKO, Respondent, v BETHLEHEM STEEL CORPORATION et al., Appellants. (Appeal No. 1.)—Judgment unani-

mously affirmed with costs, in accordance with the following memorandum: We agree with the trial court's determination that the plan administrator acted arbitrarily and capriciously in denying plaintiff's rule-of-65 pension benefits claim because defendant failed to advise plaintiff of his rights and obligations under the pension plan. We note, however, that pursuant to the Supreme Court's recent holding in *Firestone Tire & Rubber Co. v Bruch* (489 US —, 103 L Ed 2d 80), the trial court's determination should have been based on a de novo review. Under this standard, the result reached by the trial court is clearly warranted. Since plaintiff was the prevailing party, the award of attorney's fees was proper *(see,* 29 USC § 1132 [g]; *Ford v New York Cent. Teamsters Pension Fund,* 506 F Supp 180, *affd* 642 F2d 664). (Appeal from judgment of Supreme Court, Erie County, Notaro, J.—pension benefits.) Present—Dillon, P. J., Callahan, Green, Pine and Lawton, JJ.